**EDELSBERG LAW, PA**
Scott Edelsberg, Esq.
Cal Bar No. 330990
1925 Century Park E, Ste 1700
Los Angeles, CA 90067-2740
scott@edelsberglaw.com
*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MORROW, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OTTNO INC. d/b/a NATIONAL AUTO LOAN NETWORK,<br><br>Defendant. | Case No. 8:24-cv-02446-MRA (ADS)<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff, Paul Morrow, by and through undersigned counsel, hereby gives notice pursuant to L.R. 16-15.7 that the parties have reached a resolution with respect to Plaintiff's individual claims. Plaintiff and Defendant are in the process of finalizing their agreement. Plaintiff anticipates filing a notice of dismissal within thirty (30) days.

Dated: March 20, 2025

Respectfully submitted,

EDELSBERG LAW, PA
*/s/ Scott Edelsberg*
Scott Edelsberg, Esq.

NOTICE OF SETTLEMENT

Cal Bar No. 330990
1925 Century Park E, Ste 1700
Los Angeles, CA 90067-2740
scott@edelsberglaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on March 20, 2025, a copy of the foregoing was served by ECF to all counsel of record.

*/s/ Scott Edelsberg*
Scott Edelsberg
