**EDELSBERG LAW, P.A.**
Scott Edelsberg, Esq. (CA Bar No. 330990)
1925 Century Park E #1700
Los Angeles, CA 90067
Telephone: 305-975-3320
scott@edelsberglaw.com

*Counsel for Plaintiff and Proposed Class*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAUL MORROW, individually and on behalf of all others similarly situated, <br><br> *Plaintiff*, <br><br> vs. <br><br> OTTNO INC. d/b/a NATIONAL AUTO LOAN NETWORK, <br><br> *Defendant*. | Case No. 8:24-cv-02446-MRA-(ADS) <br><br> **JOINT STIPULATION OF DISMISSAL** |

**STIPULATION OF DISMISSAL**

Plaintiff, Paul Morrow, and Defendant, Ottno Inc. d/b/a National Auto Loan Network, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), do hereby stipulate to the dismissal of this action as follows:

1. All claims of the Plaintiff, Paul Morrow, individually, are hereby dismissed with prejudice, with each party to bear their own fees and costs.
2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Dated: April 30, 2025

                                        Respectfully submitted,

By: */s/ Scott Edelsberg*
**EDELSBERG LAW, P.A.**
Scott Edelsberg, Esq. (CA Bar No. 330990)
1925 Century Park E #1700
Los Angeles, CA 90067
Telephone: 305-975-3320
scott@edelsberglaw.com

*Counsel for Plaintiff*

**HUDSON COOK, LLP**
By: */s/ Julia Whitelock*
Julia K. Whitelock (CA Bar No. 350693)
1909 K Street, NW 4th Floor
Washington, DC 20006
Telephone: 202-223-6930

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

By: */s/ Scott Edelsberg*
Scott Edelsberg, Esq.
CA Bar No. 330990

*Counsel for Plaintiff*

---

3
**NOTICE OF DISMISSAL**